UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YALE M. FISHMAN 1998 INSURANCE TRUST,

        Plaintiff,

v.

PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, et al.,

        Defendants.

11 Civ. 1283

**OPINION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/15

---

    A motion to dismiss plaintiff's complaint is pending before the court. During the pendency of the motion, the Second Circuit and the Supreme Court have issued several important decisions concerning the application of the Securities Litigation Uniform Standards Act of 1998 (SLUSA), Pub. L. No. 105–353, § 101, 112 Stat. 3227 (1998). Supplemental briefing is ordered to ensure that the court has heard the parties' positions on the law as it now stands.

    The parties are instructed to file simultaneous briefs setting forth their positions on the application of SLUSA to the claims in this case, with particular attention to In re Kingate Management Ltd. Litigation, No. 11-cv-1397 (2d Cir. Apr. 23, 2015). All briefing should be completed by May 29, 2015.

1

So ordered.

Dated: New York, New York
       May 6, 2015

                                        Thomas P. Griesa
                                        United States District Judge